IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JIMMY LEE ROBINSON | § | |
| VS. | § | CIVIL ACTION NO. 4:05cv291 |
| TERRY BOX | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Jimmy Lee Robinson, formerly an inmate at the Collin County Detention Center, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against Terry Box, the Sheriff of Collin County, Texas.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available

1

evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this 16th day of May, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2